IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **Brittney Johnson,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case 1:18-cv-01194-JDB-egb |
| ) | |
| **Capital One Bank (USA), N.A.,** ) | |
| ) | |
|    **Defendant.** ) | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Brittney Johnson and Defendant Capital One Bank (USA), N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next sixty (60) days.

Plaintiff informs this Court that Plaintiff's Bill of Costs submitted to the Court Chamber's e-mail address on January 21, 2019, is satisfied within the parties' settlement agreement. Plaintiff requests the Court to vacate any pending hearings and deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

         Respectfully submitted,

         */s/ Micah S. Adkins*
         Micah S. Adkins
         W.D. TN Bar No. 8639I48AL
         **THE ADKINS FIRM, P.C.**
         1025 Westhaven Blvd., Suite 220
         Franklin, Tennessee 37064
         T:  (615) 370.9659
         F:  (615) 370.4099
         E:  MicahAdkins@ItsYourCreditReport.com
         *Counsel for Plaintiff Brittney Johnson*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2019, I electronically filed the foregoing using the CM/ECF system, which will send notice of such filing to the following counsel of record:

Lauren Paxton Roberts
STITES & HARBISON PLLC
401 Commerce Street
Suite 800
Nashville, TN 37219

                        */s/ Micah S. Adkins*
                        Micah S. Adkins