IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BRITTNEY JOHNSON,

    Plaintiff,

v.                                                No. 1:18-cv-01194-JDB-egb

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

---

ORDER ADMINISTRATIVELY CLOSING CASE

---

    In a notice of settlement filed on January 21, 2019, the parties advised the Court that this matter has settled. (Docket Entry 16.) Accordingly, this action is hereby DISMISSED. The dismissal granted herein shall be without prejudice for a period of thirty days from the entry of this order. If settlement is not consummated within that thirty-day period, the parties may reopen this action upon motion approved by the Court. Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

    IT IS SO ORDERED this 21st day of February 2019.

                                                  s/ J. DANIEL BREEN
                                                  UNITED STATES DISTRICT JUDGE